**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MARICELA CASTILLO VALENCIA, AKA Maricela Alvarez, | No.    15-73274 |
| Petitioner, | Agency No. A205-712-891 |
| v. | MEMORANDUM[*] |
| JEFFERSON B. SESSIONS, Attorney General, |  |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 14, 2017[**]

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Maricela Castillo Valencia, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order affirming without opinion an

immigration judge's ("IJ") decision denying a continuance and relief from

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  We dismiss the petition for review.

We lack jurisdiction to consider Castillo Valencia's unexhausted challenges to the IJ's denial of a continuance.  *See Zara v. Ashcroft*, 383 F.3d 927, 931 (9th Cir. 2004) (the exhaustion requirement applies to streamlined cases).

To the extent Castillo Valencia contends that former counsel's failure to raise certain arguments to the IJ constituted ineffective assistance of counsel or that her convictions did not render her ineligible for relief, we also lack jurisdiction to consider those unexhausted contentions.  *Id.*

**PETITION FOR REVIEW DISMISSED.**

15-73274